NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DAVEL M. ROSS,                                    )
                                                  )
      Appellant,                          )
                                                  )
v.                                                )    Case No. 2D20-1056
                                                  )
STATE OF FLORIDA,                                 )
                                                  )
      Appellee.                           )
_____)

Opinion filed September 23, 2020.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Hardee County; Ellen S. Masters,
Judge.

Davel M. Ross, pro se.


PER CURIAM.

      Affirmed.  See Fla. R. App. P. 9.315; Carbajal v. State, 75 So. 3d 258 (Fla.

2011); Baker v. State, 878 So. 2d 1236 (Fla. 2004); State v. King, 426 So. 2d 12 (Fla.

1982); State v. Broom, 523 So. 2d 639 (Fla. 2d DCA 1988); Farrell v. State, 62 So. 3d

20 (Fla. 1st DCA 2011); Roker v. State, 25 So. 3d 647 (Fla. 4th DCA 2010); Branch v.

State, 990 So. 2d 585 (Fla. 3d DCA 2008).


KELLY, ATKINSON, and SMITH, JJ., Concur.